VAN ZANDT v. NEW YORK CITY RY. CO. (five cases).

(Supreme Court, Appellate Division, Second Department. June 29, 1905.)

Appeal from Municipal Court, Borough of Brooklyn, Third District.

Five actions by Frederick N. Van Zandt against the New York City Railway Company. From judgments for plaintiff, defendant appeals. Judgment in four cases reversed, and in the remaining case modified and affirmed.

Argued before HIRSCHBERG, P. J., and BARTLETT, JENKS, RICH, and MILLER, JJ.

PER CURIAM. Judgments of the Municipal Court in actions Nos. 1, 2, 3, and 4 reversed, and complaints dismissed, without costs. Judgment in action No. 5 modified by reducing the recovery to a single penalty, of $50, incurred on November 11, 1903, and, as modified, affirmed, without costs, on the authority of McLaughlin v. New York City Railway Co. (decided herewith) 94 N. Y. Supp. 653.